IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-13838-AA  ; 19-14874 -AA

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PHILIP ESFORMES,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

BEFORE  WILLIAM PRYOR, Chief Judge, and  JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. (FRAP 35) The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. (FRAP 35, IOP2)

ORD-42