# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 19-13838

_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

*versus*

PHILIP ESFORMES,

                                                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:16-cr-20549-RNS-1

_____

**ISSUED AS MANDATE 04/03/2023**

2                                                                                                                                                19-13838

_____

No. 19-14874

_____

UNITED STATES OF AMERICA,

                                                                                                  Plaintiff-Appellee,

*versus*

PHILIP ESFORMES,

                                                                                                   Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:16-cr-20549-RNS-1

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 6, 2023

For the Court: DAVID J. SMITH, Clerk of Court

**ISSUED AS MANDATE 04/03/2023**